*MADE JS-6*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET BINGO LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL KERR,<br><br>     Defendant. | Case No.: EDCV 08-01139-GW(FMOx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. George Wu |

The Court, having been advised in the parties' STIPULATION FOR DISMISSAL WITH PREJUDICE, and for good cause shown, hereby orders as follows:

**IT IS ORDERED** that the above-entitled matter, including any and all claims or counterclaims that have or could have been asserted, is hereby dismissed with prejudice. As part of their settlement agreement, the Parties agreed that the Hon. George Wu of the Federal Court for the Central District of California shall retain exclusive jurisdiction to enforce the terms of the settlement agreement between the parties and to adjudicate any justiciable disputes arising out of the settlement agreement. Each party shall bear its own attorneys' fees and costs.

1
2  **IT IS SO ORDERED.**
3
4
5  DATED: February 13, 2012
6
   _____
   HON. GEORGE H. WU
   UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28